

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

The State of Texas,                          * From the 106th District
                                               Court of Dawson County,
                                               Trial Court No. Unassigned.

Vs. No. 11-15-00170-CV                       * September 17, 2015

Dimas Gonzalez,                              * Per Curiam Memorandum Opinion
                                               (Panel consists of: Wright, C.J.,
                                               Willson, J., and Bailey, J.)

This court has considered the State of Texas's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against the State of Texas.